Jessica THEUS, Petitioner,

v.

DEPARTMENT OF
TRANSPORTATION Respondent.

No. 06–3141.

United States Court of Appeals,
Federal Circuit.

Jan. 16, 2007.

Before GAJARSA, and MOORE, Circuit Judges, and JORDAN,* Circuit Judge.

* Honorable Kent A. Jordan, Circuit Judge, United States Court of Appeals for the Third Circuit, sitting by designation.

**Judgment**

PER CURIAM

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.